No. 76. UNITED STATES *v.* WESLEY L. SISCHO. On writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. Argued October 10, 11, 1922. Decided October

16, 1922. Judgment affirmed with costs by an equally divided court. *Mr. Assistant Attorney General Wheat,* with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. Cletus Keating,* as *amicus curiae,* submitted. No appearance for respondent. [See *post,* 701.]